UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KASSEM HEJEIJ,

                Plaintiff,

     v.                                  Civil Action No. 19-cv-1921 (TFH)

ANDREA M. GACKI, *et al.*,

                Defendants.

## SCHEDULING ORDER

Upon consideration of the parties' Joint Motion for a Scheduling Order [ECF No. 4], it is hereby **ORDERED** that the motion is **GRANTED**. This case shall proceed according to the following schedule unless otherwise ordered by the Court:

| | |
|---|---|
| Defendants' Production of the Administrative Record Related to its August 29, 2019 Decision | October 4, 2019 |
| Plaintiff's Amended Complaint | October 11, 2019 |
| Defendants' Responsive Pleading | November 8, 2019 |
| Defendants' Certified List of the Contents of the Administrative Record | November 8, 2019 |
| Plaintiff's Opposition, and Plaintiff's Cross Motion for Summary Judgment, If Applicable | December 6, 2019 |
| Defendants' Reply, and Defendants' Opposition To Plaintiff's Cross Motion for Summary Judgment, If Applicable | January 3, 2020 |

| | |
|---|---|
| Plaintiff's Reply | January 31, 2020 |

The parties are also directed to review and comply with the Local Civil Rules of this Court, and particularly Local Civil Rule 7(n) related to judicial review of administrative agency actions. Given the nature of this case, along with the parties' joint motion for a scheduling order, the Court has determined that a scheduling conference is not necessary. LCvR 16.4(a).

Any request to extend or reschedule a due date shall be by motion after conferring with the opposing party. If at any time the parties determine that mediation or alternative dispute resolution might be beneficial to narrow the issues or resolve the case, the parties shall so notify the Court.

**SO ORDERED.**

September 30, 2019

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE