**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASSEM HEJEIJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:19-01921 (TFH) |
| ANDREA M. GACKI, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF FILING OF CERTIFIED INDEX TO ADMINISTRATIVE RECORD

Pursuant to Local Rule 7(n)(1), attached hereto is a certified index of the contents of the Administrative Record in this case.  A redacted copy of the Administrative Record has been provided to counsel for Plaintiff.

Dated November 8, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KASSEM HEJEIJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-01921 |
| | ) | |
| ANDREA M. GACKI, Director, | ) | |
| Office of Foreign Assets Control, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Ripley Quinby, declare as follows:

1.   I am currently employed as the acting Deputy Associate Director in the Office of Global

Targeting at the U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC).

2.   I have been with OFAC as either a contractor or an OFAC government employee since

2015, first as a Sanctions Investigator and later as a Section Chief for OFAC's Strategic

Targeting Section, before assuming my current position.  In my present role, I oversee the

production of evidentiary memoranda for the purposes of sanctions actions across all of OFAC's

sanctions programs, including those pursuant to Executive Order 13224 of September 23, 2001,

"Blocking Property and Prohibiting Transactions with Persons Who Commit, Threaten to

Commit, or Support Terrorism," as amended by Executive Order 13886 of September 9, 2019,

"Modernizing Sanctions To Combat Terrorism."  Further, I supervise the provision of the

unclassified, non-privileged version of the evidentiary memoranda to designees and their

counsel, upon request.  As such, I am authorized to certify the truth and correctness of official

records of OFAC, and of other documents recorded or filed with OFAC.

3.  The facts attested to herein are based on my personal knowledge or information made

available to me in the course of my official duties.

4.  I hereby certify to the best of my knowledge and belief that the documents described in

the attached index constitute a true, correct, and complete copy of the non-privileged documents

that were directly or indirectly considered in connection with OFAC's decision to deny the

request for OFAC to reconsider its designation of Plaintiff Kassem Hejeij.  The administrative

record includes both (1) unclassified, non-privileged documents (which have been provided

separately to Plaintiff); and (2) classified and privileged documents (which will be submitted ex

parte and in camera to the Court).  The administrative record and the index were redacted to

remove classified or privileged information before production to Plaintiff Hejeij.


In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing

is true and correct.


Dated: November 8, 2019

Ripley Quinby
Acting Deputy Associate Director
Office of Global Targeting
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Freedman's Bank Building
Washington, DC 20220

## (U) <u>Certified Index – Hejeij v. Gacki, et al., 19-cv-01921 DDC</u>

| Document Name | Bates No(s). |
|---|---|
| A. (U) Reconsideration Denial Letter (U) | 0001-0003 |
| B. (U) Denial Evidentiary Memorandum Review Sheet (U) | 0004-0004 |
| C. (U) Denial Evidentiary Memorandum and Exhibit List (U) | 0005-0019 |

1.  (U) U.S. Department of the Treasury website, Press Release, "Treasury Sanctions Hizballah Front Companies and Facilitators in Lebanon and Iraq," June 10, 2015, available at https://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx, accessed August 10, 2018 (U) — 0020-0021

2.  (U) Letter from Erich Ferrari to OFAC re: Kassem Hejeij Request for Administrative Reconsideration, October 2, 2017 (U) — 0022-0026

3.  (U) Email from OFAC to Erich Ferrari, OFAC Case ID: SDGT-12284, October 11, 2017 (U) — 0027-0028

4.  (U) Letter from OFAC to Erich Ferrari, Re: Kassem Hejeij, March 12, 2018 (U) — 0029-0032

5.  (U) Letter from Erich Ferrari to OFAC, Re: Response to OFAC's March 12, 2018 Questionnaire, June 8, 2018 (U) — 0033-0088

6.  (U//~~FOUO~~) ███████████ (S//█████████) — 0089-0089

7.  (U) █████████████ (U//~~LES~~) — 0090-0094

8.  (U//~~FOUO~~) ███████████████ (~~TS//~~ ████████) — 0095-0100

9.  (U) U.S. Department of the Treasury website, Press Release, "Treasury Sanctions Hizballah Financier and His Company," January 7, 2016, available at https://www.treasury.gov/press-center/press-releases/Pages/jL0317.aspx, accessed August 10, 2018 (U) — 0101-0102

10. (U) Letter from Erich Ferrari to OFAC, Re: Kassem Hejeij – Request for Administrative Record, October 2, 2017 (U) — 0103-0109

(U) **Certified Index – Hejeij v. Gacki, et al., 19-cv-01921 DDC**

11. (U) Letter from Erich Ferrari to OFAC, Re: SDN
Reconsideration Petition Supplement – Global Terrorism
Sanctions Regulations 31 CFR Part 594, December 22, 2017
(U)                                                                                      0110-0120

12. (U) Letter from Erich Ferrari to OFAC, Re: Request for
Immediate Disclosure of Administrative Record, March 7,
2018 (U)                                                                              0121-0135

13. (U) Letter from Erich Ferrari to OFAC, Re: Request for
Release of Filings and Records on Behalf of Kassem Hejeij,
March 7, 2018 (U)                                                                0136-0137

14. (U) Letter from OFAC to Erich Ferrari, Re: Kassem Hejeij,
April 19, 2018 (U)                                                               0138-0160

15. (U) Letter from Erich Ferrari to OFAC, Re: Request for Non-
Privileged and Unclassified Summary of Otherwise Privileged
Information Contained in the Administrative Record, June 11,
2018 (U)                                                                              0161-0166

16. (U) Letter from Erich Ferrari to OFAC, Re: Request to Enter
into an Agreement for Removal from OFAC's SDN List, June
11, 2018 (U)                                                                         0167-0173

17. (U//~~FOUO~~) ███████████████████████████
███ (S███████                                                            0174-0177

18. (U//~~FOUO~~) ███████████████████████
(S██████████████                                                      0178-0181

19. (U) ███████████████████████ (U//~~LES~~)        0182-0225

20. (U) Letter from OFAC to Erich Ferrari, Re: Kassem Hejeij,
October 17, 2018 (U)                                                           0226-0229

21. (U) Letter from OFAC to Erich Ferrari, Re: Kassem Hejeij,
November 28, 2018 (U)                                                       0230-0233

(U) **Certified Index – Hejeij v. Gacki, et al., 19-cv-01921 DDC**



22. (U)                                                  0234-0235

(U)

23. (U)                                                  0236-0240

(U)

24. (U)                                                  0241-0243

(U)

25. (U)                                                  0244-0249

(U)

26. (U)                                                  0250-0251

(U)

## (U) <u>Certified Index – Hejeij v. Gacki, et al., 19-cv-01921 DDC</u>

27. (U) Letter from Erich Ferrari to OFAC, Re: Supplemental    0252-0292
    Response to OFAC's March 12, 2018 Questionnaire, February
    22, 2019 (U)

28. (U) Letter from Erich Ferrari to OFAC, Re: Supplemental    0293-0296
    Letter Regarding OFAC's November 28, 2018 Disclosure of
    Additional Information Regarding the Basis of Designation,
    March 13, 2019 (U)

29. (U) U.S. Department of the Treasury Website, Press Release,    0297-0303
    "Treasury Targets Hizballah Financial Network in Africa and
    the Middle East," February 2, 2018,
    https://home.treasury.gov/news/press-releases/sm0278,
    accessed March 15, 2019 (U)

30. (U) U.S. Department of the Treasury Website, Press Release,    0304-0305
    "Treasury Sanctions Hizballah Financiers and Operatives,"
    October 20, 2016, https://www.treasury.gov/press-center/press-
    releases/Pages/jl0587.aspx, accessed March 15, 2019 (U)

31. (U//~~FOUO~~) ██████████████████ 4    0306-0308
    ~~(S//~~ ████████████

32. (U//~~FOUO~~) Evidentiary Memorandum & Exhibit List for:    0309-0315
    KASSEM HEJEIJ ~~(TS~~ ████████████

33. (U//~~FOUO~~) ███████████████████████    0316-0325
    ████████████ (U//~~FOUO~~)

34. (U//~~FOUO~~) ███████████████████    0326-0329
    ~~(S/~~ ████████

35. (U//~~FOUO~~) █████████████████    0330-0332
    ~~(S~~ ████████

36. (U//~~FOUO~~) ███████████████████    0333-0336
    ~~(S~~ ████████

(U) **Certified Index – Hejeij v. Gacki, et al., 19-cv-01921 DDC**

37. (U) Letter from OFAC to Erich Ferrari, Re: Supplemental    0337-0338
Letter Regarding OFAC's November 28, 2018 Disclosure of
Additional Information Regarding the Basis of Designation of
Kassem Hejeij, March 15, 2019 (U)

38. (U) ██████████████████████████████    0339-0347
████████████████████████████
████████████████
███████████████████████████
████████████████ (U)

39. (U) ██████████████████████████████    0348-0356
████████████████████████
███████████████████████████████
██████████████████████████
██████████████ (U)

40. (U) Executive Order 12947 of January 23, 1995, "Prohibiting    0357-0359
Transactions With Terrorists Who Threaten To Disrupt the
Middle East Peace Process," 60 Fed. Reg. 5079 (Jan. 25, 1995)
(U)

41. (U) Department of State website, Bureau of Counterterrorism,    0360-0366
Foreign Terrorist Organizations, accessed Mar. 8, 2018,
https://www.state.gov/j/ct/rls/other/des/123085.htm (U)

42. (U) Department of the Treasury, Designation of Lebanese    0367-0368
Hizballah Pursuant to Executive Order 13582, "Blocking
Property of the Government of Syria and Prohibiting Certain
Transactions, With Respect to Syria," 77 Fed. Reg. 49864 (U)

D. (U) OFAC Letter to Ferrari & Associates, P.C. (Mar. 15, 2019) (U)   0369-0369
E. (U) Ferrari & Associates, P.C. Letter to OFAC (Mar. 13, 2019) (U)   0370-0373
F. (U) Cover Letter to Supplemental Unclassified Summary (Nov. 28,   0374-0375
2018) (U)
G. (U) Supplemental Unclassified Summary (Nov. 28, 2018) (U)    0376-0376
H. (U) Cover Letter to Unclassified Summary (Oct. 17, 2018) (U)    0377-0378

(U) **Certified Index – Hejeij v. Gacki, et al., 19-cv-01921 DDC**

I.   (U) Unclassified Summary (Oct. 17, 2018) (U)  0379-0379

J.   (U) Treasury Sanctions Hizballah Front Companies and  0380-0380
     Facilitators in Lebanon And Iraq, June 10, 2015 (U)

K.   (U) Designation and Blocking Memorandum (U)  0381-0383

L.   (U) Federal Register Notice (U)  0384-0386

M.   (U) Cover Letter to Administrative Record Release, April 19, 2018  0387-0388
     (U)

N.   (U) Designation Evidentiary Memorandum and Exhibit List (U)  0389-0395

     1.  (U) Middle East and Africa Bank Website, Board of Directors,  0396-0398
         http://www.meabank.com/about/board-of-directors, retrieved
         ▮▮▮▮▮▮▮▮▮▮ (U)

     2.  (U) Bankers' Almanac, MEAB SAL Report, retrieved ▮▮▮  0399-0404
         ▮▮▮ (U)

     3.  (U)▮▮▮▮▮▮▮▮▮▮▮▮▮▮  0405-0409
         (S)▮▮▮▮

     4.  (U)▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (S  0410-0415

     5.  (U)▮▮▮▮▮▮▮▮▮▮▮ (S  0416-0420

     6.  (U)▮▮▮▮▮▮▮▮▮▮▮▮  0421-0425
         (S)▮▮

     7.  (U)▮▮▮▮▮▮▮▮▮▮  0426-0429
         (S)▮▮

     8.  (U)▮▮▮▮▮▮▮▮▮▮ (S  0430-0433

     9.  (U)▮▮▮▮▮▮▮▮  0434-0438
         (S▮▮

     10. (U)▮▮▮▮▮▮▮▮▮  0439-0444
         (S▮

     11. (U)▮▮▮▮▮▮▮▮▮  0445-0448
         (S)▮▮

     12. (U)▮▮▮▮▮▮▮▮▮▮  0449-0453
         (S▮▮

     13. (U)▮▮▮▮▮▮▮▮▮▮▮ (TS  0454-0457

(U) **Certified Index – Hejeij v. Gacki, et al., 19-cv-01921 DDC**



14. (U) ███████████████████                                            0458-0461

    (S/ ███████

15. (U) Arab Decision, Lebanon/Commercial Banks/Middle East            0462-0463

    and Africa Bank S.A.L.,

    http://www.arabdecision.org/show_func_3_4_19_1_3_9329.ht

    m, retrieved ██████ (U)

16. (U) ███████████████████                                            0464-0467

    (S ███████

17. (U) ██████████████ (TS ██████                                      0468-0480

18. (U) ██████████████ (S ██████                                       0481-0487

19. (U) ██████████████ (TS ██████                                      0488-0505

20. (U) ██████████████ (S ██████                                       0506-0509

21. (U) ██████████████ Declassification Approval                       0510-0512

    (U)