# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASSEM HEJEIJ, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:19-01921 (TFH) |
| ANDREA M. GACKI, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT APPENDIX

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Kassem Hejeij respectfully requests this Court grant an additional brief extension of time to file the Joint Appendix.

1. On February 14, 2020, the Court granted Plaintiff's Unopposed Motion to Extend Time to File Joint Appendix and ordered the parties to provide the administrative record—i.e., the Joint Appendix as required under LCvR 7(n)(2)—by February 21, 2020. This extension was requested in order for Plaintiff to confer with counsel for Defendants regarding a proposed Motion for Leave to File Under Seal a Motion to Redact Certain Information in the Joint Appendix and in the Parties' Respective Briefings on the Pending Motions; a Motion to Redact Certain Information in the Joint Appendix and in the Parties' Respective Briefings on the Pending Motions; and the proposed redactions contemplated by the latter motion.

2. On February 19, 2020, counsel for Defendants informed Plaintiff that Defendants did not take a position on the proposed motions, including the proposed redactions to the Joint Appendix and the parties' respective briefings. Accordingly, Plaintiff filed a Motion for Leave to File Under Seal a Motion to Redact Certain Information in the Joint Appendix and in the Parties'

Respective Briefings on the Pending Motions, ECF No. 16. The Court has not yet ruled on this motion.

3. Provided that the Court grants the pending motion, Plaintiff intends to file a Motion to Redact Certain Information in the Joint Appendix and in the Parties' Respective Briefings on the Pending Motions. This proposed motion would seek to redact certain information contained in the Joint Appendix and in Plaintiff's Amended Complaint and in the parties' respective briefings on the pending Motion to Dismiss or, in the Alternative, for Summary Judgment, ECF No. 8, and Cross-Motion for Summary Judgment, ECF No. 9. Defendants' counsel has stated that it does not take a position on the proposed motion.

4. Because the filing of the Joint Appendix without the redactions proposed by Plaintiff could lead to substantial personal harm, Plaintiff respectfully moves this Court to grant an additional brief extension of time to file the Joint Appendix. Upon the Court's ruling with respect to the pending Motion for Leave to File Under Seal a Motion to Redact Certain Information in the Joint Appendix and in the Parties' Respective Briefings on the Pending Motions, ECF No. 16, Plaintiff intends to (a) file the Motion to Redact Certain Information in the Joint Appendix and in the Parties' Respective Briefings on the Pending Motions if the motion is granted, or, in the alternative, (b) file the Joint Appendix if the motion is denied. An additional brief extension of time to allow the Court to rule on the motion pending before it will help ensure Plaintiff is not prejudiced by publication of an unredacted Joint Appendix.

Undersigned counsel has conferred with Defendants' counsel and has been informed that Defendants do not oppose this motion.

Dated: February 21, 2020                                             Respectfully submitted,

3

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
FERRARI & ASSOCIATES, P.C.
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

Attorney for Plaintiff
*Kassem Hejeij*