# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KASSEM HEJEIJ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-01921 (TFH) |
| ANDREA M. GACKI, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this Notice to inform the Court of a non-precedential judgment recently issued by the United States Court of Appeals for the District of Columbia Circuit. In *Joumaa v. Mnuchin*, No. 19-5166 (D.C. Cir. March 3, 2020), the court held that the Office of Foreign Assets Control ("OFAC") reasonably denied the plaintiff's petition for removal from the List of Specially Designated Nationals and Blocked Persons. Judgment, Doc. No. 1831373, at 1-2. Rejecting the plaintiff's arguments that OFAC's decision was arbitrary and capricious and in excess of its statutory authority, the court concluded that OFAC (1) properly relied on the plaintiff's lack of credibility; (2) was not required to link each piece of evidence to the basis for designation; and (3) reasonably considered the plaintiff's past illicit conduct. *Id.* at 2. Additionally, the D.C. Circuit determined that "while it is not at all clear that Joumaa—a non-U.S. citizen with no established connections to the United States—is entitled to Fifth Amendment protection, he has received all the process he would have been due if he were." *Id.* (citing *Nat'l Council of Resistance of Iran v. Dep't of State*, 373 F.3d 152 (D.C. Cir. 2004)). Specifically, OFAC's "disclosures adequately explain [its] reasons for denying Joumaa's

petition," and "OFAC . . . gave Joumaa adequate opportunities to contest the allegations against him." *Id.* at 2-3.

Defendants respectfully submit that the judgment is relevant to the arguments presented in the parties' pending cross-motions for summary judgment. For instance, *Joumaa* confirms that Plaintiff's claim under 5 U.S.C. § 706(2) requires the Court to consider whether the record as a whole—not discrete pieces of evidence—adequately supports OFAC's decision. The judgment is also relevant insofar as Plaintiff, as a foreign national with no connection to the United States, attempts to assert constitutional rights. A copy of the judgment is attached hereto.

Dated March 9, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

Counsel for Defendants