**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASSEM HEJEIJ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:19-01921 (TFH) |
| ANDREA M. GACKI, *et al.*, | ) ) |
| Defendants. | ) ) |

### JOINT APPENDIX

Pursuant to LCvR 7(n), Plaintiff is hereby providing the joint appendix "containing copies of those portions of the administrative record that are cited or otherwise relied upon in [the] memorand[a] in support of or in opposition to [the] dispositive motion[s]" at issue. The joint appendix has been agreed on by the parties consistent with LCvR 7(n)(2).

Dated: April 27, 2020         Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
FERRARI & ASSOCIATES, P.C.
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

Attorney for Plaintiff
*Kassem Hejeij*